IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OMAR GRAYSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 15-cv-981-RJD |
| JODY GOETTING, et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

**DALY, Magistrate Judge:**

    This matter is before the Court on Plaintiff's Motion to Re-open Limited Discovery (Doc. 65). Plaintiff's counsel recently learned that Plaintiff was diagnosed with depression and received treatment, on the heels of the alleged forced deprivation of his rights while incarcerated at Pinckneyville. Plaintiff's counsel seeks to re-open discovery on a limited basis to investigate this claim of depression due to its significance to the Plaintiff's case against the Defendant.

    The Court's Order on Defendants' Motion for Partial Summary Judgment (Doc. 43) stated that Plaintiff's prayer for compensatory damages is barred to the extent it pertains to mental or emotional injury. Reopening discovery in order for Plaintiff to further investigate whether he is entitled to mental or emotional damages would prejudice the Defendant at this time.

    Plaintiff's Motion to Re-open Limited Discovery (Doc. 65) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: March 29, 2018**

                                                *s/ Reona J. Daly*
                                                **Hon. Reona J. Daly**
                                                **United States Magistrate Judge**